UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | 26 Cr. |
| DIOR JAY-JARRETT, | |
| Defendant. | **26 CRIM 066** |

## COUNT ONE
### (Wire Fraud)

The Grand Jury charges:

1.      From at least in or about October 2021 through at least in or about September 2024, in the Southern District of New York and elsewhere, DIOR JAY-JARRETT, the defendant, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, JAY-JARRETT engaged in scheme to falsify military deployment documents in order to obtain free travel benefits, and sent and received, and caused others to send and receive, emails and other electronic communications to and from the Southern District of New York and elsewhere, in furtherance of that scheme.

(Title 18, United States Code, Sections 1343 and 2.)

## FORFEITURE ALLEGATION

2.      As a result of committing the offenses alleged in Count One of this Indictment, DIOR JAY-JARRETT, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any

and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Assets Provision

3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> a.      cannot be located upon the exercise of due diligence;
>
> b.      has been transferred or sold to, or deposited with, a third person;
>
> c.      has been placed beyond the jurisdiction of the Court;
>
> d.      has been substantially diminished in value; or
>
> e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981(a)(1)(C);
Title 21, United States Code, Section 853(p);
Title 28, United States Code, Section 2461.)

FOREPERSON

JAY CLAYTON
United States Attorney

2