UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                 No. 26-CR-66-LTS

DIOR JAY-JARRETT,

      Defendant.

--------------------------------------------------------x

<u>ORDER</u>

The conference in this case, previously scheduled to proceed on Wednesday,

April 15, 2026, at 2:30 PM, is hereby rescheduled to Wednesday, April 15, 2026, at **1:45 PM** in

Courtroom 17C.

     SO ORDERED.

Dated: New York, New York
      April 13, 2026

                                     /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                                     Chief United States District Judge