LAW OFFICES OF
DANIEL A. MCGUINNESS, P.C.
353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

August 10, 2026

**MEMO ENDORSED**

**VIA ECF**

Hon. Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *United States v. Jay Jarrett*, 26 Cr. 66 (LTS)**

Dear Chief Judge Swain,

I represent Mr. Jay Jarrett in the above-captioned matter. I respectfully request that Mr. Jay Jarrett's Pretrial release conditions be modified to direct Pretrial services to return his passport and permit travel from NYC to Tanzania from August 17, 2026 until September 1, 2026 to attend an International Pre-Med Internship. Pretrial consents to these requests and notes that Mr. Jay Jarrett has been compliant with all requirements since he was placed on pretrial supervision 18 months ago. The Government opposes the request because the proposed travel is international. The Government requested that its position be noted but that it would not be filing an opposition.

Mr. Jay Jarrett first appeared before the Court on March 20, 2025 following his voluntary surrender. He was released on a $100,000.00 personal recognizance bond co-signed by one financially responsible, which was subsequently co-signed by his sister. His release conditions stated that he was subject to pretrial supervision at the discretion of Pretrial Services, his travel was restricted to the continental United States, and that he was to surrender all travel documents. Pretrial possesses his passport.

Shortly following his appearance in this matter, Mr. Jay Jarrett made full restitution to the victim in this matter, JetBlue Airlines. The matter was adjourned numerous times pre-Indictment for undersigned counsel to discuss potential dispositions with the Government. On April 15, 2026, he plead guilty pursuant to a plea agreement setting his guidelines at 0-6 months imprisonment. Sentencing is scheduled for September 8, 2026.

Since his initial appearance, Mr. Jay Jarrett has enrolled at St. John's University, where he is majoring in Biology as a pre-medical student with a 3.8 GPA. This Court previously approved Mr. Jarrett to travel to St. John's University Campus in Paris, France from May 17, 2026 to May 26, 2026 for an international study program. Mr. Jarrett attended the program as planned, returned and returned his passport to Pretrial without incident. Mr. Jarrett has continued his studies through the summer semester and is scheduled to resume his studies in the fall. The requested travel is for the two weeks between semesters. It is his intention to use that time to bolster his medical school application by earning research and study hours under practicing doctors and to do so in an underserved community.

Mr. Jarrett respectfully the requests that the Court order his passport be returned and he be permitted to travel from NYC to Tanzania from August 17, 2026 until September 1, 2026 to attend the Medi Trip Pre-Medical Student Internship.

I thank the Court in advance for its consideration of this matter.

Sincerely,

Daniel A. McGuinness

The foregoing request is granted. Mr. Jay-Jarrett's pretrial release conditions are hereby modified to allow travel to the above-described international educational program from August 17, 2026, to September 1, 2026. The Pretrial Services Office is hereby directed to return Mr. Jay-Jarrett's passport to him for this purpose. Docket entry no. 41 is resolved.

SO ORDERED.
August 11, 2026
/s/ Laura Taylor Swain, Chief USDJ