UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

-v- No. 26-CR-66-LTS

DIOR JAY-JARRETT,

Defendant.

-------------------------------------------------------x

ORDER

The Defendant requests that the unredacted version of the Defendant's sentencing submission brief (docket entry no. 43) and supplemental submissions (docket entry no. 45) be filed under seal. This request is granted because this filing contains sensitive medical information regarding the Defendant and family members, and other sensitive personal identifying information.

Defense counsel is directed to take hard copies of the referenced unredacted document to the Records Room of the Clerk's Office for sealed filing promptly, together with a copy of this order.

SO ORDERED.

Dated: New York, New York
September 8, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge